■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSEI AKOMAH, Appellant. [860 NYS2d 139]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Konviser, J.), rendered February 10, 2006, convicting him of robbery in the second degree, criminal possession of a weapon in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence. Justice Belen has been substituted for Justice Chambers (*see* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in denying his request to submit the lesser-included offense of robbery in the third degree to the jury. However, the defendant's conduct, as perceived by the complainant, was the display of a gun within the meaning of Penal Law § 160.10 (2). Thus, a reasonable view of the evidence would not support the conclusion that the crime occurred without the display of a gun (*see People v Cooper,* 294 AD2d 592 [2002]; *People v Ruiz,* 220 AD2d 466 [1995]; *People v Maynard,* 211 AD2d 505 [1995]; *People v Mays,* 178 AD2d 557 [1991]). Accordingly, the defendant's request for a charge on the lesser-included offense of robbery in the third degree was properly denied.

Moreover, the trial court properly refused to charge the non-inclusory concurrent count of grand larceny in the fourth degree (*see* CPL 300.40 [3] [a]; *People v Leon,* 7 NY3d 109, 113-114 [2006]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Miller, J.P., Dillon, McCarthy and Belen, JJ., concur.